**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

ALFRED JERMAINE WILSON SR #511615    CIVIL ACTION NO. 23-0569 SEC P

VERSUS    JUDGE S. MAURICE HICKS, JR.

TRAVIS OGDEN    MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Deputy Ogden's Motion for Summary Judgment (Doc. 43) is **GRANTED** and that this civil action is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 19th day of September, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE